## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 7** |
| KEVIN L. & YVONNE TERESA STAMPLEY | ) ) | **07 B 14863** |
| | ) | |
| Debtors. | ) ) | **Honorable John D. Schwartz** |

### ORDER AND NOTICE

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that on the Court's own Motion, a status hearing will be held in the above referenced case on August 27, 2008 at 10:00 a.m., in Courtroom 719, at 219 South Dearborn Street, Chicago, Illinois. Phillip D. Levey, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this case.

DATED: July 15, 2008             ENTERED:

                                 _____
                                 John D. Schwartz
                                 United States Bankruptcy Judge